NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
VENABLE LLP
Douglas C. Emhoff (SBN 151049) - dcemhoff@venable.com
Witt W. Chang (SBN 281721) - wwchang@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901
ATTORNEY(S) FOR: Defendant
IMAGINE ENTERTAINMENT, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY,<br><br>Plaintiff(s),<br><br>v.<br><br>ANDRES BERL, as Executor and Personal Representative of the ESTATE OF CARLOS BERL, et al.,<br><br>Defendant(s) | CASE NUMBER:<br>2:17-cv-03767-SJO-JPR<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Defendant IMAGINE ENTERTAINMENT, LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Great American Insurance Company | Plaintiff |
| Imagine Entertainment, LLC | Defendant |
| Imagine Holding Company, LLC | Parent Company of Imagine Entertainment, LLC |
| Grazer Imagine Holdings, Inc. | Parent Company of Imagine Holding Company, LLC |
| Howard Imagine Holdings, Inc. | Parent Company of Imagine Holding Company, LLC |
| Rpii Bluth SPV, L.P. | Parent Company of Imagine Holding Company, LLC |
| Raine Bluth Co-Invest SPV, L.P. | Parent Company of Imagine Holding Company, LLC |
| Andres Berl, as Executor and Personal Representative of the Estate of Carlos Berl | Defendant |
| Jenny Berl | Defendant |
| Michael Berl | Defendant |
| Alexander Berl | Defendant |
| Mena Productions, LLC | Defendant |
| Cross Creek Pictures, LLC | Defendant |
| Cross Creek Productions, LLC | Defendant |
| Quadrant Pictures | Defendant |
| Vendian Entertainment, LLC | Defendant |


American LegalNet, Inc.
www.FormsWorkFlow.com

| | |
|---|---|
| Frederic North | Defendant |
| Heliblack, LLC | Defendant |
| Estate of Alan Purwin | Defendant |
| Kathryn A. Purwin | Defendant |
| Kyle Purwin | Defendant |
| Michael Purwin | Defendant |

June 30, 2017
Date

/s/ Witt W. Chang
Signature
Witt W. Chang

Attorney of record for (or name of party appearing in pro per):

Defendant IMAGINE ENTERTAINMENT, LLC

American LegalNet, Inc.
www.FormsWorkFlow.com